UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWNE LULEFF, on behalf of )
herself and all others similarly situated, )
)
Plaintiff, ) Case No. 06-CV-1435 (JGK)
)
v. ) **NOTICE OF MOTION**
)
BANK OF AMERICA, N.A.; COLUMBIA )
FUNDS SERIES TRUST f/k/a NATIONS FUNDS )
TRUST; WILLIAM P. CARMICHAEL; and )
BANK OF AMERICA CORPORATION, )
)
Defendants. )

---

PLEASE TAKE NOTICE that upon the annexed Affidavit of Andrew B. Messite, sworn to July 28, 2006, the exhibits annexed thereto and the accompanying Memorandum of Law, defendants Bank of America, N.A. and Bank of America Corporation will move the Court at the United States Courthouse, 500 Pearl Street, Room 1030, New York, New York 10007-1312 at a date and time to be designated by the Court, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing plaintiff's Complaint, along with such other and further relief as the Court deems just, proper, and equitable.

Dated:  New York, New York
        July 28, 2006

REED SMITH LLP

By: *[signature]*
Andrew B. Messite (ABM 3748)
599 Lexington Avenue
New York, NY  10022-7650
Telephone: 212.521.5400
Facsimile: 212.521.5450

and

To:  Daniel Cobrinik, Esq.
     2 Grand Central Tower
     140 East 45th Street, 25th Floor
     New York, New York  10017

     Attorney for the Plaintiff

REED SMITH LLP
Gregory B. Jordan
Mary J. Hackett
Sharon L. Rusnak
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone: 412.288.3131
Facsimile: 412.288.3063

Attorneys for the Defendants Bank of America, N.A. and Bank of America Corporation