UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAWNE LULEFF, on behalf of herself and all others
similarly situated,                                          :

                      Plaintiff,                   :       06 CV. 1453 (JGK)

                    -against-                    :
                                                           DECLARATION OF
BANK OF AMERICA, N.A., et al.,                              :       TIM A. O'BRIEN

                    Defendants.
-------------------------------------------------------------------X

I, Tim A. O'Brien, declare and state:

      1.      I am an associate at Morrison & Foerster LLP, attorneys for defendants Columbia Funds Series Trust, f/k/a/ Nations Funds Trust ("Nations"), and William P. Carmichael ("Carmichael"). I am fully familiar with the facts and circumstances herein and submit this Declaration to authenticate the documents annexed hereto.

      2.      The following exhibits are true and correct copies of the documents identified.

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 1 | Complaint Dated February 21, 2006 |
| 2 | Chart Showing Relationship Between Nations and Bank subsidiaries |
| 3 | SEC Form N-1A |
| 4 | Nations Prospectus Dated August 2002 |
| 5 | *Spencer v. Wachovia Bank, N.A.*, Case No. 05-81016 (S.D. Fla. May 10, 2006) |
| 6 | 69 Fed. Reg. 39,798 (June 30, 2004) (to be codified at 17 C.F.R. Parts 239, 240 and 274) |

dc-458552

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2006.

*Tim O'Brien*
—————————————
TIM A. O'BRIEN