

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
DAWNE LULEFF on behalf of her minor daughter
DESIRE COBBLE and all others similarly situated,

                          Plaintiff,

-against-

BANK OF AMERICA, N.A.;
COLUMBIA FUNDS SERIES TRUST
f/k/a/ NATIONS FUNDS TRUST; WILLIAM
P. CARMICHAEL and BANK OF
AMERICA CORPORATION,

                          Defendants.
----------------------------------------------------------x

Case No. 06 CV 1435 (JGK)

STIPULATION OF DISMISSAL

       PURSUANT TO FED. R. CIV. PRO 41(a)(1), IT IS HEREBY STIPULATED AND AGREED that this action is dismissed against defendants Columbia Funds Series Trust f/k/a/ Nations Funds Trust and William P. Carmichael, without prejudice, and with each side bearing their own costs and fees.

Dated: October 25, 2006

_____
Daniel Cobrinik (DC 6406)
2 Grand Central Tower
140 East 45th Street - 25th Floor
New York, New York 10017
(212) 725-6888

Attorney for Plaintiff

_____
Stephen M. Colangelo
Tim A. O'Brien (TO 0575)
2000 Pennsylvania Avenue, N.W.
Washington, D.C.
(202) 887-1500

Attorneys for Defendants Columbia Funds
Series Trust f/k/a Nations Funds Trust and
William P. Carmichael

So Ordered

_____
U.S.D.J.

1/16/07