USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWNE LULEFF, on behalf of herself
and all others similarly situated,

                Plaintiff,

- against -

BANK OF AMERICA, N.A. et al.,

                Defendants.

06 Civ. 1435 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record on **September 13, 2007**, the plaintiff may file an amended Complaint. Consequently, the defendant Bank of America's motion to dismiss (Docket No. 35) is denied without prejudice as moot. The motion to dismiss by Columbia Funds and William Carmichael (Docket No. 38) is denied without prejudice as moot in view of the Stipulation dismissing the action against those defendants (Docket No. 48). The Clerk is directed to remove items Number 35 and Number 38 on the docket sheet from the Court's pending motions list.

SO ORDERED.

Dated: New York, New York
       September 24, 2007

                                          John G. Koeltl
                                          United States District Judge