USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DAWNE LULEFF, on behalf of
herself and all others similarly situated,

                Plaintiff,

No. 06-CV-1435 (JGK)

v.

BANK OF AMERICA, N.A., et al.,

                Defendants.
-------------------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS CLAIMS

WHEREAS, Dawne Luleff, individually and on behalf of her minor daughter, Desire Cobble (the "Luleffs"), entered into a Settlement Agreement ("Settlement") in their individual capacities, to settle all claims in the above-captioned action; and

WHEREAS, no class has been certified in this action, and the claims of the putative class are not being settled; and

WHEREAS, the parties [Luleffs and their counsel] believe that no notice need be given to the members of the putative class; and

WHEREAS, the Settlement provides that this Stipulation shall be withdrawn and the Settlement shall be null and void if the Court determines that notice of the Settlement must be sent to the putative class;

It is hereby STIPULATED and AGREED that:

1. As to the claims brought by Dawne Luleff, individually and on behalf of her minor daughter Desire Cobble, those claims against Defendants are DISMISSED WITH PREJUDICE in their entirety.

2. As to the putative class members other than Dawne Luleff and Desire Cobble, those putative class claims against Defendants are DISMISSED WITHOUT PREJUDICE.

3.  This Stipulation and Order can be executed via facsimile.

4.  This matter shall be marked CLOSED by the Clerk.

_____  
Daniel Cobrinik, Esq.  
2 Grand Central Tower  
140 East 45th Street, 25th Floor  
New York, New York 10017

_____  
Andrew B. Messite (ABM-3748)  
Reed Smith LLP  
599 Lexington Avenue, 29th Floor  
New York, NY 10022  
Telephone: 212.521.5400

Gregory B. Jordan  
Mary J. Hackett  
Reed Smith LLP  
435 Sixth Avenue  
Pittsburgh, PA 15219  
Telephone: 412.288.3131

IT IS SO ORDERED:

7/21/08

_____ J.

- 2 -