UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWNE LULEFF, on behalf of herself
and all others similarly situated,

                Plaintiff,

  - against -

BANK OF AMERICA, N.A. et al.,

                Defendants.

---

06 Civ. 1435 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Clerk is directed to close the defendant's motion to dismiss (Docket No. 52).

SO ORDERED.

Dated: New York, New York
       July 22, 2008

                                      John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/14