USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWNE LULEFF, on behalf of herself and all others similarly situated,

    Plaintiff,

- against -

BANK OF AMERICA, N.A., et al.,

    Defendants.

06 Civ. 1435 (JGK)

ORDER

---

DOUGLAS WAYNE MARTINEZ,

    Plaintiff,

- against -

BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,

    Defendants.

08 Civ. 4964 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiff has filed a motion pursuant to Rule 42(a) of the Federal Rules of Civil Procedure seeking consolidation of this action with Luleff v. Bank of America, N.A., et al., 06 Civ. 1435(JGK) (the "Luleff action").

On July 22, 2008, this Court entered an order dismissing the Luleff action. The individual claims were dismissed with prejudice, and the class claims on behalf of the putative class were dismissed without prejudice.



Therefore, the plaintiff's motion to consolidate is **denied without prejudice as moot**. The Clerk is directed to close Docket No. 65 in 06 Civ. 1435, and Docket No. 2 in 08 Civ. 4964.

SO ORDERED.

Dated: New York, New York
July 22, 2008

_____
John G. Koeltl
United States District Judge